Fire Pilots Association for leave to file a brief as *amici curiae* granted. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Motion of Associated Air Tanker Pilots and Aerial Firefighters, and California